John G. Yslas (SBN 187324)
john.yslas@wilshirelawfirm.com
Diego Aviles (SBN 315533)
diego.aviles@wilshirelawfirm.com
Harry Erganyan (SBN 333091)
harry.erganyan@wilshirelawfirm.com
Mariam Nazaretyan (SBN 334154)
mariam.nazaretyan@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for Plaintiff RICHARD PERAINO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PERAINO, individually, and on behalf of all others similarly situated; <br><br> Plaintiff, <br><br> v. <br><br> DNC PARKS & RESORTS AT TENAYA, INC., a Delaware corporation; DNC PARKS & RESORTS RESERVATIONS, INC., a California corporation; DNC PARKS & RESORTS AT ASILOMAR, INC., a California corporation; DNC PARKS & RESORTS AT KINGS CANYON, INC., a California corporation; DNC PARKS & RESORTS AT SEQUOIA, INC., a Delaware corporation; DNC PARKS & RESORTS FISH CAMP LODGING, INC., a Delaware corporation; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., a Delaware corporation; DELAWARE NORTH COMPANIES, INCORPORATED, a Delaware corporation; and DOES 1 through 10, inclusive, and DOES 1 thorough 10, inclusive, <br><br> Defendants. | Case No. 1:25-CV-01481-KES-SAB <br><br> **REQUEST TO DISMISS PLAINTIFF'S EIGHTH CAUSE OF ACTION WITHOUT PREJUDICE** <br><br> [*Filed concurrently with Declaration of Diego Aviles; [Proposed] Order*] <br><br> Complaint Filed: March 28, 2025 <br> Removal Filed: May 2, 2025 <br> Trial Date: None Set |

REQUEST TO DISMISS PLAINTIFF'S EIGHTH CAUSE OF ACTION WITHOUT PREJUDICE

Plaintiff Richard Peraino, by and through his undersigned counsel of record, hereby submits this Request to Dismiss Plaintiff's Eighth Cause of Action Without Prejudice as follows:

1. On March 28, 2025, Plaintiff filed the instant class action complaint in San Diego County Superior Court, alleging the following causes of action against Defendants DNC Parks & Resorts at Tenaya, Inc., DNC Parks & Resorts Reservations, Inc., DNC Parks & Resorts at Asilomar, Inc., DNC Parks & Resorts at Kings Canyon, Inc., DNC Parks & Resorts at Sequoia, Inc., DNC Parks & Resorts Fish Camp Lodging, Inc., Delaware North Companies Parks & Resorts, Inc., and Delaware North Companies, Incorporated (collectively, "Defendants") (together with Plaintiff, the "Parties") for (1) failure to pay minimum and straight time wages; (2) failure to pay overtime wages; (3) failure to provide meal periods; (4) failure to authorize and permit rest periods; (5) failure to timely pay final wages at termination; (6) failure to provide accurate itemized wage statements; (7) failure to indemnify employees for expenditures; (8) failure to produce requested employment records; and (9) unfair business practices.

2. On May 2, 2025, Defendants removed the operative complaint to the United States District for the Southern District of California. (Docket No. 1).

3. On October 30, 2025, the Parties filed a joint stipulation to transfer the instant action to this Court. (Docket No. 35).

4. On October 31, 2025, the Honorable James E. Simmons, Jr. signed the order granting the transfer of venue. (Docket No. 37).

5. After meeting and conferring with Defendants, Plaintiff seeks to dismiss his eighth cause of action (failure to produce requested employment records) against Defendants without prejudice. All other causes of action asserted against Defendants are unaffected and remain pending.

6. No consideration, direct or indirect, has been provided to Plaintiff for the dismissal of his eighth cause of action against Defendants without prejudice.

2
REQUEST TO DISMISS PLAINTIFF'S EIGHTH CAUSE OF ACTION WITHOUT PREJUDICE

7.    The Court has not certified a class and notice of the pendency of the action has not been provided to class members. Therefore, Plaintiff is informed and believes dismissal of the eighth cause of action against Defendants will not prejudice the class and notice of the dismissal is not required pursuant to Federal Rules of Civil Procedure, Rule 23(e).

**NOW, THEREFORE**, Plaintiff respectfully requests that the Court issue an Order dismissing the eighth cause of action without prejudice.

Dated: June 5, 2026

**WILSHIRE LAW FIRM**

By: _____

John G. Yslas
Diego Aviles
Harry Erganyan
Mariam Nazaretyan

Attorneys for Plaintiff

REQUEST TO DISMISS PLAINTIFF'S EIGHTH CAUSE OF ACTION WITHOUT PREJUDICE